Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 50037 | DATE | 8/8/2008 |
| CASE TITLE | USA vs. DARIUS R. MCGEE | | |

**DOCKET ENTRY TEXT:**

Arrest Warrant to issue. USA's oral motion to place this case under seal until further order of the court is granted.

00:10



|  | Courtroom Deputy Initials: | GG |
|---|---|---|