## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50037 - 1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | USA vs. DARIUS B. MCGEE | | |

**DOCKET ENTRY TEXT:**

This case is unsealed.  Initial Appearance Proceedings held.  Defendant appears in response to arrest. Paul Gaziano appointed as counsel. Defendant informed of rights.  Financial affidavit due August 15, 2008. USA moves for detention.  Detention hearing/Preliminary hearing set for August 12, 2008 at 11:30 am.  Enter order of temporary detention.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|