AO 442 (Rev.5/93 WP) Warrant for Arrest　　　　　　　　　　　　AUSA MARK T. KARNER, (815)987-4444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

DARIUS R. MCGEE

**WARRANT FOR ARREST**

CASE NUMBER: 08CR50037

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment　☐ Information　☒ Complaint　☐ Order of Court　☐ Violation Notice　☐ Violation Petition

charging him or her with (brief description of offense):

distribution of a controlled substance

in violation of Title __21__, United States Code, Section(s) __841(a)__

**FILED**

AUG 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

P. MICHAEL MAHONEY
Name of Issuing Officer

Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

August 8, 2008; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 8-8-08 | NAME AND TITLE OF ARRESTING OFFICER BRUCE R. SCHNORR DEPUTY U.S. MARSHAL | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8-8-08 | | |