UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 50037 |
| vs. | ) Violation: Title 21, United States Code, |
| | ) Section 841(a)(1) |
| DARIUS R. MCGEE | ) |

The FEBRUARY 2008 GRAND JURY charges:

On or about May 29, 2008, at Freeport, in the Northern District of Illinois, Western Division,

DARIUS R. MCGEE,

defendant herein, knowingly and intentionally distributed a controlled substance, namely 42.1 grams of a mixture containing cocaine base, in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED
2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court



FILED

AUG 2 6 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court



No.:   08 CR 50037

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

DARIUS R. MCGEE

INDICTMENT

Violation(s):  Title 21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreman

Filed in open court this _____ day of _____, A.D. 20___

_____
Clerk

Bail, $_____