# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50037-1 | **DATE** | August 26, 2008 |
| **CASE TITLE** | USA VS DARIUS R. MCGEE | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the February 2008 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY

Arraignment and plea set for August 27, 2008 at 11:00 am.

Grand Jury for the February 2008 Session,

By: _[signature]_ Foreperson.

United States Attorney: Michael Love

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| ☐ | No notices required, advised in open court. | number of notices | **Document Number** |
| ☐ | No notices required. | | |
| ☐ | Notices mailed by judge's staff. | | |
| ☐ | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | |
| ☐ | Mail AO 450 form. | docketing deputy initials | |
| ☐ | Copy to judge/magistrate judge. | | |
| GG | courtroom deputy's initials | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

**FILED** AUG 26 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court