# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50037 - 1 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. DARIUS MCGEE | | |

**DOCKET ENTRY TEXT:**

Status hearing/arraignment held. Defendant enters plea of not guilty to indictment. 16.1 conference to be held by September 3, 2008. Defendant's oral motion for time to October 10, 2008 to file pretrial motions is granted. USA's oral motion for the time of August 27, 2008 to and including October 10, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for October 10, 2008 at 11:45 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|